EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Pennsylvania Human Relations Commission _____ and EEOC
State or local Agency, if any

Name (indicate Mr., Ms., Mrs.) **Mr. Charles Marsh** | Home Phone (Incl. Area Code) | Date of Birth

Street Address | City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Transtar LLC and Union Railroad Co. | 500+ | (412) 433-7090 |

Street Address: 1200 Penn Ave. #300 | City, State and ZIP Code: Pittsburgh, PA 15222

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| U.S. Steel Corporation | 500+ | 412-433-1121 |

Street Address: 600 Grant St. | City, State and ZIP Code: Pittsburgh, PA 15222

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2015    Latest: 3-8-19
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was fired from my position as Conductor of Union Railroad Company ("UR") on March 8, 2019. UR is one of the companies which Transtar LLC ("Transtar") is comprised of, and Transtar is a subsidiary of U.S. Steel Corporation ("US Steel"; collectively, "the Companies") and I believe the Companies had a pattern and practice of targeting older employees (i.e., 40 years of age and older) who were part of the U.S. Steel & Carnegie Pension Fund ("the Fund").

I was hired as a Brakeman on June 4, 2007. I was an excellent employee and during the time I provided work and services for the Companies, I was frequently provided with letters of commendation and eventually promoted to the position of Conductor. I was such an exemplary employee for the Companies that I was asked to provide training to other employees, which included managers, because of my experience, expertise, and knowledge of the industry. However, as a class of older employees who were part of the Fund, I was targeted by the Companies' demerit policy. The Companies began to use the demerit policy to manufacture ways to fire the older employees who were part of the Fund. The Companies' pattern and practice of targeting older employees who were part of the Fund began in 2015. I believe that Joel Hudson was the managerial employee who was responsible for implementing the Companies' policy to fire the older employees who were part of the Fund. I was eventually

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the above is true and correct.

7/22/19    *[signature] Charles L. Marsh*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

2019 JUL 23 AM 11:52

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Pennsylvania Human Relations Commission                and EEOC
State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet

targeted by Hudson and the Companies and was fired in March 2019 under the Companies' discriminatory demerit policy.

I also believe that the Companies had a practice which disproportionately targeted disabled employees. The Companies refused to engage in any reasonable accommodation discussion under the guise of safety and business necessity. In addition, the Companies would often punish employees for bringing up any issues related to their health and potential reasonable accommodations that would allow those disabled employees to perform their jobs. I suffered from IBS and diverticulitis and I believe that the company used those medical conditions, in addition to the discriminatory demerit policy reference above, as a reason to remove me from my job. I believe that the Companies violated state and federal laws by implementing discriminatory policies and practices which disproportionately targeted older employees and disabled employees.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 7/22/19         *[signature]*<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)