IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT STOUFFER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 2:20-cv-00133-RJC |
| vs. | ) ) ) | |
| UNION RAILROAD COMPANY, LLC., TRANSTAR, LLC, UNITED STATES STEEL CORPORATION and SMART TRANSPORTATION DIVISION, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 14th day of March, 2022, for the reasons stated in the Opinion filed contemporaneously hereto, it is hereby ORDERED that a Motion to Dismiss (ECF No. 72) filed by Defendants Union Railroad Company, LLC, Transtar, LLC, and United States Steel Corporation is hereby GRANTED IN PART AND DENIED IN PART as follows:

1). It is DENIED with respect to the challenge to the Court's jurisdiction pursuant to Federal Rule of Civil Procedure 12 (b)(1).

2). It is DENIED with respect to the challenge to the sufficiency of the joint employment and collective action allegations.

3). It is GRANTED with respect to dismissal for failure to prosecute as to Charles Marsh, and his claims are dismissed with prejudice.

2

4). It is GRANTED for failure to state a claim under the ADEA at Counts I and II pursuant to Federal Rule of Civil Procedure 12(b)(6).  This case is hereby DISMISSED in its entirety with prejudice.  The Clerk of Court shall mark this case as CLOSED.

          BY THE COURT:

          s/*Robert J. Colville*
          Robert J. Colville
          United States District Judge

cc/ecf: All counsel of record