# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT STOUFFER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 2:20-cv-00133-RJC |
| vs. | ) ) ) | |
| UNION RAILROAD COMPANY, LLC., TRANSTAR, LLC, UNITED STATES STEEL CORPORATION and SMART TRANSPORTATION DIVISION, | ) ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case has been marked closed.

IT IS SO ORDERED.

Dated: March 14, 2022

BY THE COURT:

s/*Robert J. Colville*
Robert J. Colville
United States District Judge

cc/ecf: All counsel of record